

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| VERONICA CHAVEZ VARA, | § | No. 08-20-00087-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| MARK VARA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCM10912) |
| | § | |

**O R D E R**

The Court has considered the motion filed by Appellant and will grant the motion as follows:

- The Court will, in considering the appeal in Cause No. 08-20-00087-CV, take judicial notice of the appellate record in Cause No. 08-20-00088-CV, and vice versa.

IT IS SO ORDERED this 20th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.